**IT IS ORDERED as set forth below:**



Date: June 3, 2016

Lamar W. Davis, Jr
United States Bankruptcy Judge
Southern District of Georgia

---

**IN UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA**

IN RE:  )
SHAUN M HAYS  )  Chapter 13
ASHLEY L HAYS  )  Case No. 12-41061-LWD
  )
  )
  )
  )
Debtor(s)  )

### CONSENT ORDER ON TRUSTEE'S MOTION TO DISMISS

The Chapter 13 Trustee ("Trustee") filed a Motion to Dismiss the above-referenced case. It appears to the Court, as evidenced by the signatures below, that the parties have agreed to resolve the matter by the entry of this Order on the following terms:

[X] Beginning with the payment due in June 2016, Debtor(s) will make payments to the Chapter 13 Trustee in the amount of $825.00 per month. Debtor(s) must continue making payments in this amount for the remaining tenure of the Plan, unless otherwise set forth in the original confirmed Plan or by subsequent order of this Court. If the Plan payments are being made direct, the payment is due to the Trustee by the 25th day of each month and must be made by money order or cashiers check.

[X] The Plan is extended to __60__ months.

[ ] The Trustee will issue a payroll deduction order to the Debtor's employer:

[ ] Debtor(s) shall pay to the Trustee the amount of $ _____ by _____ ,2016.

Upon the failure to strictly comply with any terms of this Consent Order by the Debtor(s), the Trustee shall file a Notice of Non-Compliance and serve a copy on the Debtor(s) and attorney for Debtor(s), providing the Debtor(s) opportunity for hearing upon request. If no request for a hearing is filed within 14 days of the Notice of Non-Compliance, the case will be dismissed, without further notice or hearing. *No request for hearing should be filed unless the Trustee's notice is factually inaccurate.* The strict compliance provision(s) outlined above shall apply to all future payments to the Chapter 13 Plan, including any future modification of payments to the plan, for a period of 9 months.

**SO ORDERED.**

[END OF DOCUMENT]

Approved and Consented to by:

_____
CHAPTER 13 TRUSTEE
___ O. Byron Meredith III, Trustee (GA Bar No. 002300)
___ Jeffrey W. Narmore, Staff Attorney (GA Bar No. 412079)
_✓_ Laura A. Grifka, Staff Attorney (GA Bar No. 312055)

_____
SHARI L SMITH & ASSOCIATES (GA Bar No. 663370)
Attorney for Debtor(s)

_____
Debtor

_____
Debtor

068